Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed September 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00850-CV

____________

 

IN RE CHARLES E. HUTCHINSON, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



MEMORANDUM
OPINION

            On August 30, 2010, Relator, Charles E. Hutchinson, filed a petition
for writ of mandamus in this Court.  See Tex. Gov’t Code Ann §22.221
(Vernon 2004); see also Tex. R. App. P. 52.1.  Relator complains of an
order issued by the Honorable Donald L. Kroewer of the 12th District Court of
Walker County, Texas.  

            This Court’s mandamus jurisdiction is governed by section
22.221 of the Texas Government Code.  Section 22.221 expressly limits the mandamus
jurisdiction of the courts of appeals to:  (1) writs against a district court
judge or county court judge in the court of appeals’ district, and (2) all
writs necessary to enforce the court of appeals' jurisdiction.  Tex. Gov’t Code
Ann. § 22.221 (Vernon 2004).  Because the petition for writ of mandamus is directed
toward a district court judge that is not in this court of appeals’ district, we
have no jurisdiction.  See Tex. Gov’t Code Ann. § 22.221(b)(1).

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

 

                                                                        PER
CURIAM

 

Panel
consists of Justices Seymore, Boyce, and Christopher.